United States Bankruptcy Court

Central District of California

| In re: | Case No. 25-11509-SC |
|---|---|
| Steven Robert Wallace, II | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: r341y | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Robert Wallace, II, 182 Tribeca, Irvine, CA 92612-0178 |
| 42524759 | + | Apex Consumer Law Group, Allen Amarkarian, Esq., 9701 Wilshire Blvd., Ste. 1000, Beverly Hills, CA 90212-2010 |
| 42505625 | #+ | Black Rock Law, Corporate Counsel, 5295 S Commerce Drive, Ste 205, Salt Lake City, UT 84107-4725 |
| 42505627 | + | Calif. State Water Resources, Control Board, 3737 Main Street, Suite 50, Riverside, CA 92501-3348 |
| 42505629 | + | City of Calimesa, 908 Park Avenue, Calimesa, CA 92320-1148 |
| 42505630 | + | Coleman Frost LLP, 201 Nevada Street, El Segundo, CA 90245-4211 |
| 42524760 | + | Corporate Counsel, LLC, c/o Benjamin Nelson, Esq., 45 Pier Place, Stansbury Park, UT 84074-4918 |
| 42505632 | | Country Club Village Partners 1, LP, c/o TEZ Law Firm, JJ Zhang, Esq., 4141 S. Nogales St., #C102, West Covina, CA 91792-3057 |
| 42505636 | + | FUSCOE, 15535 Sand Canyon Ave, Suite 100, Irvine, CA 92618-3114 |
| 42505633 | + | Felix T. Woo, Esq., FTW Law Group, 601 South Figueroa Street, Ste 1950, Los Angeles, CA 90017-3983 |
| 42505637 | | Genesis Finance, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 42505638 | + | Gensler, 500 South Figueroa St, Los Angeles, CA 90071-1705 |
| 42505639 | + | IHC, 36 S State Street, Salt Lake City, UT 84111-1401 |
| 42505641 | + | ITRIA Ventures LLC, One Penn Plaza, Suite 4915, New York, NY 10119-0033 |
| 42505644 | + | Kent Milligan, 2225 Mt. Home Circle, Lewiston, UT 84320-2113 |
| 42505645 | + | Keybank NA, Attn: Bankruptcy, 360 Interlocken Blvd, Ste. 200, Broomfield, CO 80021-3440 |
| 42505646 | + | Kimball Anderson, 310 S. Main Street, Suite 102, Salt Lake City, UT 84101-2105 |
| 42505647 | + | Lenders Wholesale, 929 108th Avenue NE, Suite 1030, Bellevue, WA 98004-4743 |
| 42505649 | + | Michael Baker International, 500 Grant Street, Ste 5400, Pittsburgh, PA 15219-2523 |
| 42505651 | + | ORR Builders, 39301 Badger Street, Suite 300, Palm Desert, CA 92211-1161 |
| 42505650 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive Ne, Salem, OR 97305-1396 |
| 42505652 | + | Park Brighton Resort, PO Box 7369, Breckenridge, CO 80424-7369 |
| 42505654 | | RIC (CVV), LLC, c/o Bryan Cave Leighton Paisner LLP, H. Mark Mersel, Esq., 1920 Main Street, Ste. 1000, Irvine, CA 92614-7276 |
| 42505653 | + | ReadyCapital, 1251 Avenue of the Americas,50th FL, New York, NY 10020-1122 |
| 42505655 | + | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 42505656 | | Salt Lake County Treasurer, PO Box 26947, Salt Lake City, UT 84126-0947 |
| 42505657 | + | South Valley ENT, 1225 East Fort Union Blvd, Ste. 120, Midvale, UT 84047-1881 |
| 42505658 | + | Tanica Jo Wallace, 1979 W Alpine Vista Court, West Jordan, UT 84088-6103 |
| 42505660 | + | US Dept of the Treasury, 409 3rd Street SW, Washington, DC 20416-0011 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 42505624 | + | Email/Text: e-bankruptcy@americafirst.com | Jun 18 2025 01:07:00 | America First Credit Union, P.O. Box 9199, Ogden, UT 84409-0199 |
| 42509236 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2025 01:06:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 42505628 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 01:19:51 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 42505631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 01:19:55 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |

District/off: 0973-8    User: admin    Page 2 of 3

Date Rcvd: Jun 17, 2025    Form ID: r341y    Total Noticed: 43

| 42505634 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |
| | | | Jun 18 2025 01:06:00 | FirstMark (CitizensOne), PO BOX 82522, Lincoln, NE 68501-2522 |
| 42505635 | | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Jun 18 2025 01:07:00 | Franchise tax, Attn: Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42505640 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 18 2025 01:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42505642 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 18 2025 01:19:46 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 42505643 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 18 2025 01:20:06 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 42505648 | + | Email/Text: M74banko@mercedes-benz.com | | |
| | | | Jun 18 2025 01:06:00 | Mercedes Benz Finance Service, 36455 Corporate Drive, Farmington, MI 48331-3552 |
| 42505659 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Jun 18 2025 01:07:00 | U.S. Small Business Administration, Office of General Counsel, 312 N. Spring St., 5th FL, Los Angeles, CA 90012 |
| 42524761 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Jun 18 2025 01:07:00 | U.S. Small Business Administration, Office of General Counsel, Elan Levey, Esq., 312 N. Spring St., 5th FL, Ste 7516, Los Angeles, CA 90012 |
| 42505661 | + | Email/Text: TXBANKRUPT@UTAH.GOV | | |
| | | | Jun 18 2025 01:06:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 42505662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 18 2025 01:19:34 | Venmo, P.O. Box 71718, Philadelphia, PA 19176-1718 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | RIC (CCV) LLC |
| cr | | Rompsen California Mortgage Limited Partnership |
| 42505626 | | Blackstone Capital, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana Torres-Brito | |

District/off: 0973-8                     User: admin                          Page 3 of 3
Date Rcvd: Jun 17, 2025                  Form ID: r341y                       Total Noticed: 43

                          on behalf of Interested Party Courtesy NEF dtorres-brito@pralc.com  ecfcca@ecf.courtdrive.com

Hal M Mersel
                          on behalf of Creditor Rompsen California Mortgage Limited Partnership Mark.Mersel@bclplaw.com
                          mark-mersel-2098@ecf.pacerpro.com

Hal M Mersel
                          on behalf of Creditor RIC (CCV) LLC Mark.Mersel@bclplaw.com  mark-mersel-2098@ecf.pacerpro.com

Kristin T Mihelic
                          on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov

M. Jonathan Hayes
                          on behalf of Debtor Steven Robert Wallace  II jhayes@rhmfirm.com,
                          roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm
                          .com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com

United States Trustee (SA)
                          ustpregion16.sa.ecf@usdoj.gov


TOTAL: 6

Form r341y–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
# Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## <u>RENOTICE 341 MEETING</u>

**DEBTOR INFORMATION:**
Steven Robert Wallace II
aka Steve R. Wallace, aka Steve Wallace

**BANKRUPTCY NO.** 8:25–bk–11509–SC

**CHAPTER** 11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5078
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
182 Tribeca
Irvine, CA 92612

**DEBTOR'S ATTORNEY:**
M. Jonathan Hayes
Resnik Hayes Moradi LLP
17609 Ventura Blvd.
Suite 314
Encino, CA 91316

(818) 285–0100

**TRUSTEE:**
none

Please take notice that the 341 meeting date has been reset for:

          **Date:** July 10, 2025          **Time:** 09:00 AM
          **Location:** TELEPHONIC MEETING, CONFERENCE LINE:1–888–330–1716, PARTICIPANT CODE:8695724

Dated: June 17, 2025

By the Court,

**Kathleen J. Campbell**
Clerk of Court