## UNITED STATES BANKRUPTCY COURT

CENTRAL   DISTRICT OF   CALIFORNIA

In Re. Steven Robert Wallace II                    §            Case No.  25-11509
                                                   §
_____            §
                     Debtor(s)                     §

☐ Jointly Administered

# Monthly Operating Report                                            Chapter 11

Reporting Period Ended: 11/30/2025                    Petition Date: 06/02/2025

Months Pending: 6                                     Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:              Accrual Basis ○        Cash Basis ⊙

Debtor's Full-Time Employees (current):                        0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/Steven Robert Wallace II                          Steven Robert Wallace II
_____                      _____
Signature of Responsible Party                        Printed Name of Responsible Party

12/16/2025
_____
Date
                                                     182 Tribeca, Irvine, CA 92612-0178
                                                     _____
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name Steven Robert Wallace II   Case No. 25-11509

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $11,114 | |
| b.  Total receipts (net of transfers between accounts) | $12,706 | $101,412 |
| c.  Total disbursements (net of transfers between accounts) | $12,247 | $90,139 |
| d.  Cash balance end of month (a+b-c) | $11,572 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $12,247 | $90,139 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ◯    Market ◯    Other ⦿   (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Steven Robert Wallace II                                   Case No.  25-11509

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
|   | i | | | | | |
|   | ii | | | | | |
|   | iii | | | | | |
|   | iv | | | | | |
|   | v | | | | | |
|   | vi | | | | | |
|   | vii | | | | | |
|   | viii | | | | | |
|   | ix | | | | | |
|   | x | | | | | |
|   | xi | | | | | |
|   | xii | | | | | |
|   | xiii | | | | | |
|   | xiv | | | | | |
|   | xv | | | | | |
|   | xvi | | | | | |
|   | xvii | | | | | |
|   | xviii | | | | | |
|   | xix | | | | | |
|   | xx | | | | | |
|   | xxi | | | | | |
|   | xxii | | | | | |
|   | xxiii | | | | | |
|   | xxiv | | | | | |
|   | xxv | | | | | |
|   | xxvi | | | | | |
|   | xxvii | | | | | |
|   | xxviii | | | | | |
|   | xxix | | | | | |
|   | xxx | | | | | |
|   | xxxi | | | | | |
|   | xxxii | | | | | |
|   | xxxiii | | | | | |
|   | xxxiv | | | | | |
|   | xxxv | | | | | |
|   | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)                                   3

Debtor's Name Steven Robert Wallace II                                                 Case No.  25-11509

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name  Steven Robert Wallace II                                    Case No.  25-11509

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name Steven Robert Wallace II                                  Case No.  25-11509

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                               6

Debtor's Name  Steven Robert Wallace II                                    Case No.  25-11509

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name Steven Robert Wallace II         Case No. 25-11509

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d. Are you current on postpetition tax return filings?    Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ◉

i. Do you have:     Worker's compensation insurance?    Yes ○   No ◉

        If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

        Casualty/property insurance?    Yes ◉   No ○

        If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?    Yes ○   No ◉

        If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ◉   No ○

k. Has a disclosure statement been filed with the court?    Yes ◉   No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

Debtor's Name  Steven Robert Wallace II                                    Case No.  25-11509

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $12,706 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $12,706 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $12,247 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $12,247 |
| j. | Difference between total income and total expenses (d-i) | $459 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◉ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◉ No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Steven Robert Wallace II                                   Steven Robert Wallace II
_____                               _____
Signature of Responsible Party                                Printed Name of Responsible Party

Individual Debtor                                             12/16/2025
_____                               _____
Title                                                         Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name Steven Robert Wallace II                                    Case No.  25-11509



PageOnePartOne

PageOnePartTwo

PageTwoPartOne



PageTwoPartTwo

Debtor's Name Steven Robert Wallace II                                    Case No.  25-11509



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Steven Robert Wallace II                                 Case No. 25-11509



PageThree



PageFour

STEVE WALLACE
November 2025
General Account
Deposits

| Date | Payor | Description | Amount |
|------|-------|-------------|--------|
| 11/7 | Epic Capital Solutions, Inc. | Nov Epic Income | $12,706.00 |
| | | **TOTAL:** | **$12,706.00** |

STEVE WALLACE
November 2025
General Account
Withdrawals

| Date | Payee | Description | Amount |
|---|---|---|---|
| 11/3 | Chick-Fil-A | Dining | 46.07 |
| 11/3 | Nicks Laguna Beach | Dining | 60.64 |
| 11/3 | Ho Sum Bistro | Dining | 77.43 |
| 11/3 | Wallace Tanica | Nov Alimony Child Support | 3,008.00 |
| 11/3 | City of Laguna Beach | Parking | 9.00 |
| 11/3 | US Trustee | Quarterly Fee Payment | 250.00 |
| 11/3 | Guru's | Dining | 8.94 |
| 11/4 | Chevron | Auto Gas | 85.57 |
| 11/4 | City of Newport Beach | Parking | 2.80 |
| 11/4 | Alessa Newport | Dining | 100.90 |
| 11/5 | Cheesecake Factory | Dining | 70.00 |
| 11/5 | Plums Cafe | Dining | 64.66 |
| 11/7 | City of Newport Beach | Parking | 2.80 |
| 11/7 | Farro Newport Beach CA | Dining | 25.08 |
| 11/10 | Rocket Express Car Wash | Auto Expenses | 40.00 |
| 11/10 | Hennessey's | Dining | 96.45 |
| 11/10 | Texas Roadhouse | Dining | 162.04 |
| 11/10 | Blue Hummingbird | Dining | 31.59 |
| 11/10 | City Market | Groceries | 96.00 |
| 11/12 | Smiths-Fuel | Auto Gas | 82.24 |
| 11/12 | Jimmy Johns | Dining | 9.70 |
| 11/12 | USAA. | Insurance | 248.89 |
| 11/12 | The Break Sports | Dining | 66.57 |
| 11/13 | Maverik | Groceries | 16.91 |
| 11/13 | USAA | Insurance | 812.57 |
| 11/14 | Chevron | Auto Expenses | 10.37 |
| 11/14 | City-Market | Groceries | 25.12 |
| 11/14 | Epic Capital Solutions | Member Generated Set up | 1,629.98 |
| 11/14 | Dekra | Emission test for vehicle register | 49.00 |
| 11/17 | Chevron | Auto Gas | 101.48 |
| 11/17 | Conoco | Auto Gas | 97.27 |
| 11/17 | Papa Joe's Gas N Go | Auto Gas | 75.00 |
| 11/17 | Moab Brewery | Dining | 61.65 |
| 11/17 | Hidden Cuisine | Dining | 28.39 |
| 11/17 | Maverik | Groceries | 24.58 |
| 11/17 | Ridgway Lodge | Lodging | 162.56 |
| 11/17 | Ridgway Lodge | Lodging | 25.00 |
| 11/17 | Staci McFadden | Mor Preparation Nov 2025 | 300.00 |
| 11/17 | Breeze Airway | Travel Expenses | 239.21 |
| 11/17 | Breeze Airway | Travel Expenses | 36.00 |
| 11/17 | The Flying Bear | Dining | 25.24 |
| 11/17 | Floradora Saloon | | 89.21 |
| 11/18 | Lazy Dog Saloon | Dining | 126.24 |
| 11/18 | Wallace Tanica | Kids Activities Travel Ricki | 1,400.00 |
| 11/18 | Ridgway Lodge | Lodging | 162.56 |
| 11/18 | Kates Place | Dining | 37.28 |
| 11/18 | Good 2 Go | Auto Gas | 58.13 |
| 11/19 | Proper Brewing | Dining | 160.49 |
| 11/19 | Kates Place | Dining | 28.84 |
| 11/20 | Breeze Airway | Travel Expenses | 26.00 |
| 11/21 | Taco Time | Dining | 48.71 |
| 11/21 | Maverik | Groceries | 19.10 |

STEVE WALLACE
November 2025
General Account
Withdrawals

| Date | Payee | Description | Amount |
|---|---|---|---|
| 11/21 | Maverik | Groceries | 68.51 |
| 11/21 | Wallace Tanica | Ricki Travel Expense | 470.00 |
| 11/24 | Astro Burgers | Dining | 18.90 |
| 11/24 | Maverik | Groceries | 61.53 |
| 11/24 | Willden Family Dental | Dental Cleaning | 56.00 |
| 11/24 | Naturita Sales LLC | Auto Gas | 42.62 |
| 11/25 | Cactus Jacks | Dining | 41.76 |
| 11/25 | State Liquor Store | Supplies | 154.00 |
| 11/25 | Breeze Airway | Travel Expenses | 275.00 |
| 11/25 | City Market | Groceries | 82.26 |
| 11/26 | Red Corner China | Dining | 80.67 |
| 11/28 | Eos Fitn | Personal care | 28.95 |
| | | **TOTAL:** | **$11,902.46** |

# Wells Fargo Everyday Checking

November 30, 2025 ■ Page 1 of 7



STEVEN R WALLACE II
DEBTOR IN POSSESSION
CH11 CASE #25-11509 (CCA)
182 TRIBECA
IRVINE CA 92612-0178

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to
get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or
unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share
online.

Learn more at wellsfargo.com/securitybrochure.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $10,813.72 |
| Deposits/Additions | 12,706.00 |
| Withdrawals/Subtractions | - 12,427.46 |
| Ending balance on 11/30 | $11,092.26 |

Account number:  ████ 6233  (primary account)

STEVEN R WALLACE II
DEBTOR IN POSSESSION
CH11 CASE #25-11509 (CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | | Purchase authorized on 10/30 Chick-Fil-A #02245 West Jordan UT S385304023395880 Card 0461 | | 46.07 | |
| 11/3 | | Purchase authorized on 11/01 PY *Guru's Provo A Provo UT S355305551256919 Card 0461 | | 8.94 | |
| 11/3 | | Purchase authorized on 11/01 City of Laguna Bea Laguna Beach CA S305306011023011 Card 0461 | | 9.00 | |
| 11/3 | | Purchase authorized on 11/01 Nicks Laguna Beach 949-3332711 CA S305306067567376 Card 0461 | | 60.64 | |
| 11/3 | | Purchase authorized on 11/02 Ho Sum Bistro 949-6750896 CA S345306760652319 Card 0461 | | 77.43 | |
| 11/3 | | Zelle to Wallace Tanica on 11/03 Ref # Wfct0Zg4Yx8W November Payment to Tanica | | 3,008.00 | |
| 11/3 | | Quarterly Fee Payment 251031 6Rda1Fhfoq1 Steven R Wallace | | 250.00 | 7,353.64 |
| 11/4 | | Purchase authorized on 11/02 City of Newport Be Newport Beach CA S385306725278123 Card 0461 | | 2.80 | |
| 11/4 | | Purchase authorized on 11/02 Alessa Newport Coast CA S345307149878746 Card 0461 | | 100.90 | |
| 11/4 | | Purchase authorized on 11/03 Chevron 0099623 Los Angeles CA S345308029040949 Card 0461 | | 85.57 | 7,164.37 |
| 11/5 | | Purchase authorized on 11/03 Cheesecake Sherman Sherman Oaks CA S465307787322142 Card 0461 | | 70.00 | |
| 11/5 | | Purchase authorized on 11/04 Plums Cafe Costa Mesa CA S345308693922828 Card 0461 | | 64.66 | 7,029.71 |
| 11/7 | | Online Transfer From Epic Capital Solutions, Inc. Ref #Ib0Vlynynr Business Checking Nov Epic Income Xfer | 12,706.00 | | |
| 11/7 | | Purchase authorized on 11/05 City of Newport Be Newport Beach CA S465309719623945 Card 0461 | | 2.80 | |
| 11/7 | | Purchase authorized on 11/05 Tst*IL Farro Newport Beach CA S345310007888812 Card 0461 | | 25.08 | 19,707.83 |
| 11/10 | | Purchase authorized on 11/06 Tst* Hennessey's T San Juan Capo CA S585310776656883 Card 0461 | | 96.45 | |
| 11/10 | | Purchase authorized on 11/07 Tst*Blue Hummingbi Rancho Missio CA S355311614340697 Card 0461 | | 31.59 | |
| 11/10 | | Recurring Payment authorized on 11/07 Rocket Express Car Rocketexpress TX S465311644366095 Card 0461 | | 40.00 | |
| 11/10 | | Purchase authorized on 11/08 Provo City Provo UT S305313086305870 Card 0461 | | 96.00 | |
| 11/10 | | Purchase authorized on 11/09 Texas Roadhouse #2 Taylorsville UT S585314073824765 Card 0461 | | 162.04 | |
| 11/10 | | Online Transfer to Wallace S Ref #Ib0Vmppscq Way2Save Savings Xfer for Payment of 2024 Tax Liabilities | | 500.00 | 18,781.75 |
| 11/12 | | Purchase authorized on 11/10 Smiths-Fuel #9138 S. Jordan UT S585314723080989 Card 0461 | | 82.24 | |
| 11/12 | | Purchase authorized on 11/10 Jimmy Johns - 2424 West Jordan UT S585315129340271 Card 0461 | | 9.70 | |
| 11/12 | | Purchase authorized on 11/10 The Break Sports A South Jordan UT S305315180862138 Card 0461 | | 66.57 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/12 | | USAA.Com Pay Ext Life 251110 D014986053 Steven R Wallace II | | 248.89 | 18,374.35 |
| 11/13 | | Purchase authorized on 11/13 Maverik #254 Sandy UT P585317639396283 Card 0461 | | 16.91 | |
| 11/13 | | USAA P&C Autopay 251112 14333001 Steven R Wallace II | | 812.57 | 17,544.87 |
| 11/14 | | Purchase authorized on 11/12 Dekra West Jordan West Jordan UT S385317001363953 Card 0461 | | 49.00 | |
| 11/14 | | Purchase authorized on 11/13 Chevron 0201054 Wellington UT S465317707076496 Card 0461 | | 10.37 | |
| 11/14 | | Purchase authorized on 11/14 City-Market #0410 Moab UT P000000152066566 Card 0461 | | 25.12 | |
| 11/14 | | Member Generated Mmbr SetUp 251114 33255 Epic Capital Solutions | | 1,629.98 | 15,830.40 |
| 11/17 | | Purchase authorized on 11/13 Tst* Moab Brewery Moab UT S355318049015116 Card 0461 | | 61.65 | |
| 11/17 | | Purchase authorized on 11/13 Breeze Airwaa9W3Yq Cottonwood He UT S385318222032855 Card 0461 | | 239.21 | |
| 11/17 | | Purchase authorized on 11/14 Breeze Airwaa9W3Yq Cottonwood He UT S355318723793243 Card 0461 | | 36.00 | |
| 11/17 | | Purchase authorized on 11/14 Chevron 0201054 Wellington UT S355318836314392 Card 0461 | | 101.48 | |
| 11/17 | | Purchase authorized on 11/15 PY *Hidden Cuisine Moab UT S355319633487771 Card 0461 | | 28.39 | |
| 11/17 | | Purchase authorized on 11/15 The Flying Bear Pi Naturita CO S465319703743597 Card 0461 | | 25.24 | |
| 11/17 | | Purchase authorized on 11/15 Tst*Floradora Salo Telluride CO S345319795656868 Card 0461 | | 89.21 | |
| 11/17 | | Purchase authorized on 11/15 Ridgway Lodge and Ridgway CO S355319837816264 Card 0461 | | 162.56 | |
| 11/17 | | Purchase authorized on 11/15 Ridgway Lodge and Ridgway CO S305319862649331 Card 0461 | | 25.00 | |
| 11/17 | | Purchase authorized on 11/16 Conoco - Ridgway C Ridgway CO S465320816605469 Card 0461 | | 97.27 | |
| 11/17 | | Purchase authorized on 11/17 Maverik #616 Montrose CO P385321812807600 Card 0461 | | 24.58 | |
| 11/17 | | Purchase authorized on 11/17 Papa Joe's Gas N Go Moab UT P305322036338975 Card 0461 | | 75.00 | |
| 11/17 | | Zelle to Dawn Staci on 11/17 Ref # Wfct0Zhmtz7H Mor Preparation Nov 2025 | | 300.00 | 14,564.81 |
| 11/18 | | Purchase authorized on 11/16 Ridgway Lodge and Ridgway CO S385320575032354 Card 0461 | | 162.56 | |
| 11/18 | | Purchase authorized on 11/16 Tst*Kates Place Ridgway CO S465320670033443 Card 0461 | | 37.28 | |
| 11/18 | | Purchase authorized on 11/16 Tst*Lazy Dog Saloo Ridgway CO S355321137704271 Card 0461 | | 126.24 | |
| 11/18 | | Purchase authorized on 11/18 Good 2 Go 422 Green River UT P000000042680419 Card 0461 | | 58.13 | |
| 11/18 | | Zelle to Wallace Tanica on 11/18 Ref # Wfct0Zhqvxdt Kids Activities Travel Ricki | | 1,400.00 | 12,780.60 |
| 11/19 | | Purchase authorized on 11/17 Tst*Kates Place Ridgway CO S305321588626992 Card 0461 | | 28.84 | |
| 11/19 | | Purchase authorized on 11/17 Proper Brewing Moa 801-8285310 UT S465322113078033 Card 0461 | | 160.49 | 12,591.27 |
| 11/20 | | Purchase authorized on 11/18 Breeze Airwaa9W3Yq Cottonwood He UT S385322560604856 Card 0461 | | 26.00 | |
| 11/20 | | Online Transfer to Wallace S Ref #Ib0Vrn7Q25 Way2Save Savings Utah State Tax Payment Req More Funds | | 25.00 | 12,540.27 |
| 11/21 | | Purchase authorized on 11/20 Taco Time 6354 West Jordan UT S465325059145246 Card 0461 | | 48.71 | |
| 11/21 | | Zelle to Wallace Tanica on 11/21 Ref # Wfct0Zhywwl5 Ricki Travel Expense | | 470.00 | |
| 11/21 | | Purchase authorized on 11/21 Maverik #254 Sandy UT P345325817775938 Card 0461 | | 19.10 | |

**WELLS FARGO**

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/21 | | Purchase authorized on 11/21 Maverik #254 Sandy UT P585325816173357 Card 0461 | | 68.51 | 11,933.95 |
| 11/24 | | Purchase authorized on 11/20 Astro Burgers Salt Lake Cit UT S465324748626630 Card 0461 | | 18.90 | |
| 11/24 | | Purchase authorized on 11/21 Willden Family Den South Jordan UT S355325630855027 Card 0461 | | 56.00 | |
| 11/24 | | Purchase authorized on 11/21 Maverik #341 Moab UT P585326152836893 Card 0461 | | 61.53 | |
| 11/24 | | Purchase authorized on 11/23 Naturita Sales LLC Naturita CO P585327828198836 Card 0461 | | 42.62 | 11,754.90 |
| 11/25 | | Purchase authorized on 11/23 Breeze Airwak68U4Z Cottonwood He UT S585327843007177 Card 0461 | | 275.00 | |
| 11/25 | | Purchase authorized on 11/24 Tst*Cactus Jacks M Moab UT S385328754213829 Card 0461 | | 41.76 | |
| 11/25 | | Purchase authorized on 11/25 City Market #021 425 S. M Moab UT P305329708638763 Card 0461 | | 82.26 | |
| 11/25 | | Purchase authorized on 11/25 State Liquor Store 16 Sandy UT P000000680881125 Card 0461 | | 154.00 | 11,201.88 |
| 11/26 | | Purchase authorized on 11/25 Red Corner China D Midvale UT S385330070979423 Card 0461 | | 80.67 | 11,121.21 |
| 11/28 | | Recurring Payment authorized on 11/26 ABC*40023-Eos Fitn 888-8279262 UT S385330339473636 Card 0461 | | 28.95 | 11,092.26 |
| Totals | | | $12,706.00 | $12,427.46 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $1,500.00 | $7,029.71 | ÷ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| • Age of primary account owner | 17 - 24 | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

✓ IMPORTANT ACCOUNT INFORMATION



**WELLS FARGO**

We previously communicated that as of November 10, 2025, we're adjusting the schedule for posting the monthly service fee to your account. If a monthly service fee applies, it will be calculated on the last day of the fee period and posted on the first business day of the next fee period.

The update has been delayed. We will begin updating accounts in January 2026.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

**WELLS FARGO**

## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

| Account Balance Calculation Worksheet | Number | Items outstanding | Amount |
|---|---|---|---|
| 1. Use the following worksheet to calculate your overall account balance. | | | |
| 2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement.. . . . . . . . . . . . . .   $_____

**ADD**

B. Any deposits listed in your        $_____
register or transfers into         $_____
your account which are not         $_____
shown on your statement.        + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .   $_____

| | | Total $ | |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



STEVE WALLACE
November 2025
Tax Account
Deposits

| Date | Payor | Description | Amount |
|------|-------|-------------|--------|
| 11/28/2025 | Wells Fargo | Interest | 0.01 |
| | | **TOTAL:** | **$.01** |

STEVE WALLACE
November 2025
Tax Account
Withdrawals

| Date | Payee | Description | Amount |
|---|---|---|---|
| 11/10 | IRS payment | 2024 Tax liabilities | $345.00 |
| | | TOTAL: | $345.00 |

# Wells Fargo Way2Save® Savings

November 30, 2025 ■ Page 1 of 5



STEVEN ROBERT WALLACE II
TAX ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-11509 (CCA)
182 TRIBECA
IRVINE CA 92612-0178

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $300.00 |
| Deposits/Additions | 525.01 |
| Withdrawals/Subtractions | - 345.00 |
| Ending balance on 11/30 | $480.01 |

Account number: ▮▮▮▮ 8701  (primary account)

STEVEN ROBERT WALLACE II
TAX ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-11509 (CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $357.86 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|
| 11/10 | Online Transfer From Wallace S Ref #Ib0Vmppscq Everyday Checking Xfer for Payment of 2024 Tax Liabilities | 500.00 | | |
| 11/10 | IRS Usataxpymt 111025 222571451259126 Steve & Tanica Wallace | | 345.00 | 455.00 |
| 11/20 | Online Transfer From Wallace S Ref #Ib0Vrn7Q25 Everyday Checking Utah State Tax Payment Req More Funds | 25.00 | | 480.00 |
| 11/28 | Interest Payment | 0.01 | | 480.01 |
| Totals | | $525.01 | $345.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2025 - 10/31/2025 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $300.00 | $300.00 | √ |
| • A daily automatic transfer from a linked Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| • Save As You Go® transfer from a linked Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| • A monthly automatic transfer from a linked Wells Fargo checking account | $25.00 | $0.00 | ☐ |
| • Age of primary account owner | 0 - 24 | | ☐ |
| • | | | |

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $300.00 | $300.00 | √ |
| • A daily automatic transfer from a linked Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| • Save As You Go® transfer from a linked Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| • A monthly automatic transfer from a linked Wells Fargo checking account | $25.00 | $0.00 | ☐ |
| • Age of primary account owner | 0 - 24 | | ☐ |
| • | | | |

*Monthly service fee summary (continued)*

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

AM/AM

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

**WELLS FARGO**

## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



| Number | Items outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total $ | |

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . $_____

ADD
B. Any deposits listed in your                    $_____
   register or transfers into                     $_____
   your account which are not                     $_____
   shown on your statement.                    + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . - $_____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . . $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801